**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| THE UNITED STATES OF AMERICA, COMMONWEALTH OF MASSACHUSETTS *ex rel.* MICHELLE McCORMICK, <br><br> Plaintiffs, <br><br> v. <br><br> REGALCARE MANAGEMENT 2.0 LLC, REGALCARE MANAGEMENT GROUP, LLC, MAPLEWOOD OPCO, LLC, OC AZURE OF WORCESTER CENTER, LLC, RC GREENFIELD, LLC, RC HOLYOKE, LLC, 30 PRINCETON OPCO, LLC RC QUINCY, LLC, RC TAUNTON, LLC, REGALCARE AT HARWICH, LLC, SAUGUS OPCO, LLC, STERN THERAPY CONSULTANTS, TWIN OAKS OPCO, LLC, ELIYAHU MIRLIS, and HECTOR CARABALLO, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **20-cv-11805-IT** |

**JOINT MOTION FOR FURTHER TEMPORARY STAY**

The United States, the Commonwealth of Massachusetts, and the relator (collectively, the "Parties") in the above-captioned qui tam respectfully submit this Joint Motion for an order that would stay this action for an additional three months until July 20, 2026.

1

In support of this motion, the Parties state as follows.

1.     On October 2, 2020, relator Michelle McCormick filed her complaint in *United States of America ex rel. Michelle McCormick v. RegalCare Rehabilitation, LLC et al.*, No. 1:20-cv-11805-IT, alleging violations of the False Claims Act.  *See* Dkt. No. 1.

2.     On November 1, 2024, the United States and Massachusetts notified the Court that they were intervening in part and declining in part in the relator's complaint.  *See* Dkt. No. 44.

3.     On February 19, 2025, the United States and Massachusetts filed their Complaint-In-Intervention in this matter.  *See* Dkt. No. 49.

4.     On March 18, 2025, the relator filed her Amended Complaint.  *See* Dkt. No. 51.

5.     In accordance with the local rules of this District, the United States and Massachusetts had ninety (90) days, or until May 19, 2025, to serve their Complaint-In-Intervention on the defendants.  *See* L.R. 4.1(a).  The relator had ninety (90) days, or until June 18, 2025, to serve her Amended Complaint on the defendants.  *Id.*

6.     The Parties have sought, and this Court has granted temporary stays of this case on May 16, 2025, August 19, 2025, October 16, 2025, and February 20, 2026 to permit the Parties to discuss a possible settlement with Stern Therapy Consultants, and the other remaining defendants (the "RegalCare defendants"), prior to initiating substantive litigation in this case. *See* Dkt Nos. 52-3, 55-6, 57-8, 61-3.

7.     The stays of this case have proven productive to date.

8.     On March 4, 2026, the United States and the relator finalized a settlement with Stern Therapy Consultants.  *See* [https://www.justice.gov/usao-ma/pr/stern-therapy-consultants-agrees-pay-315000-settle-allegations-causing-false-claims](https://www.justice.gov/usao-ma/pr/stern-therapy-consultants-agrees-pay-315000-settle-allegations-causing-false-claims).  The only remaining issue left to be

resolved with Stern Therapy is the relator's entitlement to attorney's fees and costs pursuant to 31 U.S.C. § 3730(d)(1).  The Parties expect this issue, which does not involve the respective governments, to be resolved at the conclusion of this entire litigation.

9.      The Parties and the RegalCare defendants continue to make progress toward a potential settlement of this matter prior to litigation.  As prior requests for further stay have identified, *see* Dkt. No. 52, 55, 57, and 61, settlement discussions between the Parties and the RegalCare defendants have involved each side consulting with experts; examining medical records and Medicare and Medicaid claims; and numerous communications about the scope of the Parties' allegations.

10.      During the past two months alone, the Parties and the RegalCare defendants have exchanged multiple counteroffers and have closed the gap between the litigants substantially. The United States expects to present the RegalCare defendants with a further counteroffer in the next week.  The RegalCare defendants have recently requested a meeting with counsel for Massachusetts to facilitate efforts in reaching a resolution.

11.      Presuming the Partes and the RegalCare defendants can come to an agreement, they will also need time to memorialize the agreement.  Moreover, the governments will need time to obtain the appropriate internal and agency approvals.

12.      As such, the Parties continue to believe that a further stay of this matter would be a fruitful use of the governments', relator's, and this Court's resources.  The Parties and the defendants believe these discussions, at minimum, have narrowed and will continue to narrow, possible issues in dispute, resulting at a minimum in greater efficiency in litigating this action if a resolution proves elusive.

3

13.    Accordingly, the Parties respectfully request a further three-month extension of time to July 20, 2026, for the Parties to serve their complaints, so that the Parties and the RegalCare defendants may continue to focus their efforts on reaching a possible settlement of this case prior to engaging in substantive litigation.

14.    All the RegalCare defendants consent to the requested relief.

15.    Should settlement discussions fail with any of the RegalCare defendants, the Parties will confer with those RegalCare defendants on a waiver of service or seek to serve their respective complaints on the defendants by or before July 20, 2026.

WHEREFORE, the Parties respectfully request that the Court grant this Motion and enter an Order staying this case until July 20, 2026.  A proposed order accompanies this motion.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

ANDREA JOY CAMPBELL
Attorney General


/s/ Steven T. Sharobem
STEVEN T. SHAROBEM
OLIVIA R. K. BENJAMIN
Assistant United States Attorneys
United States Attorney's Office
One Courthouse Way, Suite 9200
Boston, MA 02210
Phone: (617) 748-3100
steven.sharobem@usdoj.gov
olivia.benjamin@usdoj.gov

/s/ Scott Grannemann
SCOTT GRANNEMANN (BBO# 699955)
Assistant Attorney General
Commonwealth of Massachusetts
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02110
Phone: (617) 963-2009
Fax: (617) 573-5367
scott.grannemann@mass.gov


/s/ Raymond M. Sarola
RAYMOND M. SAROLA
Cohen Milstein Sellers & Toll, PLLC
100-120 N. 18th Street, Suite 1820
Philadelphia, PA 19103
(267) 479-5700
rsarola@cohenmilstein.com

JONATHAN SHAPIRO (BBO No. 454220)
MIA TEITELBAUM (BBO No. 693595)
Shapiro & Teitelbaum, LLP
55 Union Street, 4th Floor
Boston, MA 02108
(617) 742-5800
jshapiro@jsmtlegal.com
mteitelbaum@jsmtlegal.com

*Counsel for Relator Michelle McCormick*

Dated: April 17, 2026